UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Judith Malone v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 3:12-cv-10272-DRH-PMF |
| *Jessica Selva v. Bayer HealthCare Pharmaceuticals Inc. et al.*[1] | No. 3:11-cv-12907-DRH-PMF |
| *Kimberly L. Singleton v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 3:12-cv-11353-DRH-PMF |
| *Kelly Tegt v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 3:11-cv-13521-DRH-PMF |
| *Marsacellena White v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 3:10-cv-12817-DRH-PMF |
| *Brooks C. Liner, et al. v. Bayer HealthCare AG, et al.* | No. 3:11-cv-10807-DRH-PMF |
| *Angela Morris, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10799- DRH-PMF |
| *Jennifer Ramirez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13356- DRH-PMF |
| *Cheryl James, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12095- DRH-PMF |
| *Marie Carr v. Bayer Corporation, et al.* | No. 3:10-cv-10920-DRH-PMF |
| *Maegan Cloutier v. Bayer Corporation, et al.* | No. 3:12-cv-11134-DRH-PMF |
| *Angela Davis Smith v. Bayer Corporation, et al.* | No. 3:12-cv-10368-DRH-PMF |
| *Danielle Whiteside v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:10-cv-10467-DRH-PMF |

---

[1] Plaintiff n/k/a Jessica Parsons.
[2] Plaintiff a/k/a Danielle Whiteside-Hendrickson.

*Candi Ramos v. Bayer HealthCare*  No. 3:12-cv-10572-DRH-PMF
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 28, 2015 and January 29, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                 **JUSTINE FLANAGAN,**
                                                 **ACTING CLERK OF COURT**

                                                 **BY:** /s/*Cheryl A. Ritter*
                                                                 **Deputy Clerk**

Date: January 29, 2015

David R. Herndon
2015.01.29 13:17:46 -06'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT